Donald Rieck, Appellee, v. Benjamin Barsema, Defendant, Thomas M. Madden Company, Intervening Petitioner.
Appeal of Thomas M. Madden Company, Appellant.

Gen. No. 42,818.

HEBEL, P. J., not participating.

opinion filed November 17, 1943. Ross, Berchem & Schwantes, for appellant; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full.